IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOWLINK GLOBAL LLC | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 2:22-cv-00040-JRG-RSP |
| AT&T, INC, ET AL., | § | (Lead Case) |
| | § | |
| VERIZON COMMUNICATIONS, INC., ET AL. | § | CASE NO. 2:22-cv-00042-JRG-RSP |
| | § | (Member Case) |
| *Defendants.* | § | |

**ORDER**

Before the Court is the Stipulation Of Dismissal Without Prejudice as to Verizon Communications Inc. filed by Plaintiff Howlink Global LLC and Defendants Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Enterprise Solutions, LLC, Verizon Business Global LLC, Verizon Business Network Services, LLC, Verizon Corporate Services Group Inc., Verizon Data Services, LLC, Verizon Media Inc., and Verizon Online, LLC (Dkt. No. 17.) Based on representations and agreements contained in the parties' stipulation, the parties stipulate to the dismissal of Verizon Communications Inc.

In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case as to Verizon Communications Inc., only, are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**So Ordered this**
Apr 25, 2022

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE