# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HOWLINK GLOBAL LLC | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 2:22-cv-00040-JRG-RSP |
| AT&T, INC, ET AL., | § | (Lead Case) |
| | § | |
| VERIZON COMMUNICATIONS, INC., | § | CASE NO. 2:22-cv-00042-JRG-RSP |
| ET AL. | § | (Member Case) |
| *Defendants.* | § | |

## ORDER

Before the Court is the Stipulation Of Dismissal Without Prejudice as to Plaintiff Howlink Global LLC and Defendants AT&T Corp., AT&T Communications, LLC, AT&T Mobility LLC, and AT&T Services, Inc., and AT&T Inc. (Dkt. No. 20.) Based on representations and agreements contained in the parties' stipulation, the parties stipulate to the dismissal without prejudice of AT&T Inc.

In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case as to AT&T Inc. are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**So ORDERED and SIGNED this 2nd day of May, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE