IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOWLINK GLOBAL LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:22-cv-00040-JRG-RSP (Lead Case) |
| AT&T, INC., et al. | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § § | |
| HOWLINK GLOBAL LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:22-cv-00042-JRG-RSP (Member Case) |
| VERIZON COMMUNICATIONS, INC., et al., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Emily Welch enters her appearance in the above-referenced proceeding for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Enterprises Solutions, LLC, Verizon Business Global LLC, Verizon Business Network Services, LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, Verizon Media Inc., and Verizon Online LLC.  Ms. Welch is admitted to practice in this court, and Defendants respectfully request that the court take note of this Notice of Appearance and make Emily Welch one of its attorneys of record in this lawsuit.  Copies of all

communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Emily Welch at the address set forth below.

Dated:  May 16, 2022                                  Respectfully submitted,

*/s/ Emily C. Welch*
Emily C. Welch (GA Bar No. 606071)
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
Email: emily.welch@alston.com

*Attorney for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Enterprises Solutions, LLC, Verizon Business Global LLC, Verizon Business Network Services, LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, Verizon Media Inc., and Verizon Online LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 16, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Emily C. Welch*
Emily C. Welch