# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQ DELTA, LLC,<br>Plaintiff,<br><br>v. | § § § § § § | **JURY TRIAL DEMANDED** |
| COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC, | § § § § § § § § § | Civil Action 2:21-cv-310-JRG<br>(Lead Case) |
| NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.<br><br>Defendants. | § § § § § § | Civil Action No. 2:21-cv-309-JRG<br>(Member Case) |

## TQ DELTA'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMMSCOPE DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF DELAWARE

Now comes Plaintiff TQ Delta, LLC ("TQ Delta") and respectfully moves for an extension of time to respond to Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, Inc., ARRIS Technology, Inc., and ARRIS Enterprises, LLC's ("CommScope") Motion to Transfer Venue to the District of Delaware ("Motion"). Dkt. No. 32. Specifically, TQ Delta requests that its response deadline be extended to two weeks after the completion of its venue discovery.

On November 18, 2021, TQ Delta filed its first unopposed motion for an extension of time to respond to CommScope's Motion to Transfer Venue, which has yet to be ruled on by the Court. Dkt. No. 38. After the filing of this motion, the parties conferred on the issue of conducting venue

1

discovery, which resulted in the following agreement: By December 3, 2021 TQ Delta will serve on CommScope a notice under Federal Rule of Civil Procedure 30(b)(6) that contains no more than ten (10) topics and the resulting deposition will last for no longer than four (4) hours. Further, TQ Delta will serve no more than five (5) interrogatories and no more than five (5) requests for document production. The parties also agreed that, after the filing of TQ Delta's Response, CommScope would be permitted to conduct venue discovery to the same extent as that specified in the two preceding sentences. The parties anticipate on conferring after the filing of TQ Delta's Response in order to coordinate the timing of CommScope's venue discovery and will move to extend the deadline for CommScope's Reply to allow for that discovery.

Plaintiff TQ Delta respectfully requests that the Court extend the deadline for it to respond to CommScope's Motion so that TQ Delta's deadline to respond will be placed two weeks after the completion of the its venue discovery.

Dated: November 29, 2021

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com

Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com

**The Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

ATTORNEYS FOR PLAINTIFF
TQ DELTA, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this November 29, 2021, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

*/s/* William E. Davis, III
William E. Davis, III

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that CommScope Defendants are unopposed to this motion.

*/s/* William E. Davis, III
William E. Davis, III