# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>*Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>*Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

## NOTICE OF APPEARANCE

Please take notice that Michael C. Deane of the law firm Alston & Bird LLP enters his appearance as counsel for Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation in the above-captioned lead and member cases. Mr. Deane is admitted to practice in this Court, and Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation respectfully request that the Court take note of this Notice of Appearance and make Michael C. Deane one of their attorneys of record in this

lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Michael C. Deane at the address set forth below.

DATED: January 27, 2022        Respectfully submitted,

*/s/ Michael C. Deane*
Michael C. Deane (GA Bar No. 498195)
ALSTON & BIRD LLP
1201 West Peachtree St., Suite 4900
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
Email: Michael.deane@alston.com

*Attorney for Defendants*
*Nokia Corporation, Nokia Solutions*
*and Networks Oy, and Nokia*
*of America Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 27, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>	*/s/ Michael C. Deane*
>	Michael C. Deane