# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQ DELTA, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., and ARRIS ENTERPRISES, LLC**<br><br>*Defendants*. | CIV. A. NO. 2:21-CV-310-JRG<br>(Lead Case) |
| **TQ DELTA, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**NOKIA CORP., NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORP.,**<br><br>*Defendants*. | CIV. A. NO. 2:21-CV-309-JRG<br>(Member Case) |

## NOTICE OF APPEARANCE

Please take notice that Adam Ahnhut of the law firm Alston & Bird LLP enters his appearance as counsel for Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation in the above-captioned lead and member cases. Mr. Ahnhut is admitted to practice in this Court, and Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation respectfully request that the Court take note of this Notice of Appearance and make Adam Ahnhut one of their attorneys of record in this lawsuit.

Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Adam Ahnhut at the address set forth below.

DATED: January 27, 2022

Respectfully submitted,

*/s/ Adam Ahnhut*
Adam Ahnhut (TX Bar No. 24106983)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: adam.ahnhut@alston.com
Telephone: 214-922-3400
Facsimile: 214-922-3899

*Attorney for Defendants*
*Nokia Corporation, Nokia Solutions*
*and Networks Oy, and Nokia*
*of America Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 27, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Adam Ahnhut*
Adam Ahnhut
