IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOWLINK GLOBAL LLC, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-0040-JRG-RSP (LEAD CASE) |
| AT&T, INC, ET AL., | § § | |
| *Defendants.* | § | |

**ORDER**

Defendants[1] filed Motion for Summary Judgment No. 1: Non-infringement Due to Application of the *Festo* Bar. (Dkt. No. 165.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 216) that Defendants' Motion be granted. Plaintiff Howlink Global LLC filed Objections (Dkt. No. 224) and Defendants filed a Response (Dkt. No. 225).

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on the Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Howlink's Objections and **ADOPTS** the Report and Recommendation and **ORDERS** that the Motion (Dkt. No. 165) is **GRANTED**.

**So Ordered this**
**Jun 21, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] AT&T Corp., AT&T Communications LLC, AT&T Mobility LLC, and AT&T Services, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Enterprises Solutions, LLC, Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group, Inc., Verizon Data Services LLC, Verizon Media Inc., and Verizon Online LLC, Nokia of America Corporation, and Ericsson, Inc.