IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOWLINK GLOBAL LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T, INC., et al. <br><br> Defendants. | § § § § § § § § § § § § | CASE NO. 2:22-cv-00040-JRG-RSP <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| HOWLINK GLOBAL LLC, <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., et al., <br><br> Defendants. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00042-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT**

COMES NOW, Defendants AT&T Corp., AT&T Communications, LLC, AT&T Mobility LLC, AT&T Services, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Enterprise Solutions, LLC, Verizon Business Global, LLC, Verizon Business Network Services, LLC, Verizon Corporate Services Group Inc., Verizon Data Services, LLC, Verizon Media Inc., Verizon Online, LLC, and Intervenors Nokia of America Corporation and Ericsson Inc. (collectively, "Defendants and Intervenors") and file this Unopposed Motion to Enter Final Judgement.

Plaintiff Howlink Global LLC filed the above-captioned cases asserting infringement of three patents: U.S. Patent Nos. 8,630,279, RE46,415, and 9,596,576. Howlink withdrew its allegations of infringement regarding U.S. Patent No. 9,596,576 (Dkt. No. 118) and withdrew its allegations of infringement regarding U.S. Patent No. RE46,415 (Dkt. No. 139). With respect to the final asserted patent, U.S. Patent No. 8,630,279, this Court issued an opinion granting summary judgment of non-infringement based on the Festo bar (Dkt. No. 226; Dkt. No. 165). As a result, all asserted claims of Plaintiff Howlink Global LLC have been disposed of. This case is therefore in position for entry of Final Judgment.

Although Defendants and Intervenors asserted claims for declaratory judgment negating Plaintiff's claims, those claims are now moot, and Defendants and Intervenors no longer seek to have them adjudicated. Defendants and Intervenors therefore request that the Court enter a Final Judgement under which Plaintiff takes nothing for its claims, and denying any other relief that any party has requested. The parties have met and conferred, and Plaintiff does not oppose this Motion. Attached for the Court's convenience is a proposed form of Final Judgement.

| | |
|---|---|
| Date: July 18, 2023 | */s/ Theodore Stevenson, III* |
| | Theodore Stevenson, III (TX Bar No. 19196650) |
| | ALSTON & BIRD LLP |
| | 2200 Ross Avenue, Suite 2300 |
| | Dallas TX 75201 |
| | Phone: (214) 922-3400 |
| | Fax: (214) 922-3899 |
| | Email: ted.stevenson@alston.com |
| | |
| | David S. Frist (GA Bar No. 205611) |
| | Emily C. Welch (GA Bar No. 606071) |
| | ALSTON & BIRD LLP |
| | 1201 West Peachtree Street, Suite 4900 |
| | Atlanta, GA 30309 |
| | Phone: (404) 881-7000 |
| | Fax: (404) 881-7777 |

    Email: david.frist@alston.com
    Email: emily.welch@alston.com

    Ross R. Barton (NC Bar No. 37179)
    ALSTON & BIRD LLP
    101 South Tyron Street, Suite 4000
    Charlotte, North Carolina, 28280
    Phone: (704) 444-1000
    Fax: (704) 444-1111
    Email: ross.barton@alston.com

    Deron R. Dacus (TX Bar No. 790553)
    THE DACUS FIRM, P.C.
    821 ESE Loop 323, Suite 430
    Tyler, Texas 75701
    Phone: (903) 705-1117
    Email: ddacus@dacusfirm.com

    Attorneys for Defendants and Intervenors

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendants and this motion is unopposed.

    */s/ Theodore Stevenson, III*
    Theodore Stevenson, III

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 18, 2023, via electronic mail to all counsel of record.

    */s/ Theodore Stevenson, III*
    Theodore Stevenson, III

3