IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HOWLINK GLOBAL LLC, § <br> § <br> v. § <br> § <br> AT&T, INC., et al. § <br> § | CASE NO. 2:22-cv-00040-JRG-RSP <br> (Lead Case) |

| | |
|---|---|
| HOWLINK GLOBAL LLC, § <br> § <br> v. § <br> § <br> VERIZON COMMUNICATIONS, INC., et al. § <br> § | CASE NO. 2:23-cv-00042-JRG <br> (Member Case) |

**FINAL JUDGMENT**

Pursuant to the Court's Order adopting The Magistrate Judge's Report and Recommendation (Dkt. No. 226) and granting Defendants'[1] Motion for Summary Judgment No. 1: Non-infringement Due to the Application of the *Festo* Bar (Dkt. No. 165), and Defendants' Unopposed Motion for Entry of Final Judgment (Dkt. No. 227), the Court hereby **ENTERS FINAL JUDGMENT** as follows:

1. Plaintiff Howlink Global LLC's ("Plaintiff") shall take and recover nothing from Defendants given that no eligible patent claim remains in this case;

2. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendants, as the prevailing party in this case, shall recover their costs from Plaintiff. Defendants are directed to file their proposed Bill of Costs.

---

[1] AT&T Corp., AT&T Communications LLC, AT&T Mobility LLC, and AT&T Services, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Enterprises Solutions, LLC, Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group, Inc., Verizon Data Services LLC, Verizon Media Inc., and Verizon Online LLC, and Nokia of America Corporation, and Ericsson, Inc. (collectively, "Defendants").

3. All pending motions and other matters, if any, by any party not previously ruled on are hereby **DENIED**.

The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 20th day of July, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE